FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 MAY 20 A 11: 23
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SANDRA EDITH JONES  *
    Plaintiff(s)
                        *

vs.          Civil Action No. JFM-09-2838
                        *

COMMISSIONER OF SOCIAL
SECURITY  *
    Defendant(s)
                        ******

## MEMORANDUM

Plaintiff has filed a motion to strike the order of dismissal entered herein on May 4, 2010. The court records reflect that plaintiff's counsel did in fact receive the summons and show cause order. Nevertheless, in order to prevent plaintiff herself from being unduly prejudiced, her motion to strike will be granted. She is directed to serve process upon defendant properly on or before July 20, 2010.

Date: May 19, 2010

J. Frederick Motz
United States District Judge